IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERRY GAUSE                                                                                           PLAINTIFF

v.                                          NO. 2:13CV00061 JLH

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                                   DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 27th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE